Dismissed and Opinion filed February 6, 2003










Dismissed and Opinion filed February 6, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01143-CV

____________

 

LUCY ARMSTRONG, INDIVIDUALLY AND AS HEIR AND
INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF DARYL KEITH DAVIS, Appellants

 

V.

 

OSCAR BELTRAN, INDIVIDUALLY AND D/B/A CLEAR BLUE
AQUATICS, Appellees

 



 

On
Appeal from the 334th District Court

Harris
County, Texas

Trial
Court Cause No. 01-20174-A

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed September 25, 2002.  

On February 3, 2003, appellants filed a motion to
dismiss because they no longer desires to prosecute
the appeal.  See Tex. R. App. P. 42.1.  The motion is granted. 

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed February 6, 2003.

Panel consists of Justices Yates, Hudson,
and Frost.